UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RIVERS D. DALTON,

    Plaintiff,

v.                                Case No. 5:15cv223/LC/CJK

TIMOTHY G. BENTON, et al.,

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 22, 2015 (doc. 7), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. Plaintiff's motion to voluntarily dismiss this case (doc. 6) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

3. The clerk shall close the file.

**DONE AND ORDERED** this 3rd day of December, 2015.

                          *s/L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**